FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

NOV 10 2015

CHRISTOPHER A. PRINE

CLERK _____

FILED IN
1ST COURT OF APPEALS,
HOUSTON, TEXAS

FEB 13 2014

CHRISTOPHER A. PRINE

CLERK _____

To: First circuit

From: Rita Lemons

Re: Appeal of final decisions

Date: February 05, 2014

Appeal No. 01-15-00207 CV
Appeal No. 01-15-00208 CV
01-13-0836 CV
Appeal No. 15-00701 CV

## AFFIDAVIT IN SUPPORT OF APPELLANTS, LEMONS MOTION FOR ENTRY OF ORDER

This letter is in response to the letter received, informing me, my appeal may be dismissed for lack of jurisdiction. Appellant request the courts to take into consideration that some of the issues were done without my initial knowledge and because of this fact lemons was not aware of specific wrongs and what to do about them. The final decisions I am requesting the Appeals court to rule on are as follows:

A.    Please note all of these specified events addressed here are after Mr. Joe Lee, Attorney Payne and County Attorney Brian Quinterro conspired and executed the scheme of stopping my sale scheduled on January 03, 2012. I paid Precinct 7 for the 5th time to execute. Attorney Conrad paid for 1 writ of Execution in 2002.

B.    On January 03, 2012 I was at the Auction and I noticed property 8120 Corinth was not listed on the Sherriff's list. I purchase a Daily Court review paper and I did not see the property listed on it either. I was inquiring about the listing and Deputy Milam just looked over and said oh Ms. Lemons tell her the sale has been stooped. I asked why, I was being ignored.

C.    Out of the massive crowd stepped a man with his hand extended and said Ms. Lemons. I answered yes he said I'm Brian Quinterro county attorney for precinct 7 and I need for you to come to the court house. I asked why was my sale stopped. After asking several times, He said that's why I need for you to come to the court house. I followed him to the 10th floor and then I stopped and said I'm not going any further because I keep asking you why my sale was stopped and I haven't received an answer yet. Brian Quinterro stopped, abruptly turned to me and said "it was stopped by a higher court.

D.    On January 03, 2021 was sworn into a kangaroo court hearing.

E.    Brian Quinterro left a message on my phone, threatening me to drop all charges against Precinct 7 or suffer the consequences we had discuss. (we never had any discussion except on the date he lead me from my sale to the kangaroo hearing, before Judge Sandhil.

F.    I have been trying to get the Defendants and the parties who acted in concert to further injure me to appear and answer, via notifying them, certified return receipt and facsimile. They refused to appear. Note Payne and Lee did not appear 5 times after submitting their frivolous and fraudulent claims against me and my company, from February 11, 2012 to August 09, 2012.

G.    I have been humbly requesting Sanctions and other rights since February 10, 2012 to December 02, 2013, as a means to deter them, as well as for some sort of cure for their illegal and hurtful acts and have not received a fair ruling in accordance with Federal rules and the governing laws and statutes of the state of Texas, for their multiple violations against Lemons, Appellants.

H.  In May 2013, Appellant Lemons requested a Show Cause Order to be issued for Attorney William Conrad to Show Cause why he spoke for the Appellants not opposing the stop of the sale of property 8120 Corinth  Houston, Texas 77051. Attorney Conrad had not spoken to me in years and had not represented me since 2002. We had not spoken since my son, plead  (2002 or 2003).

I.  Lemons was not notified of the Appeal Joe Lee and Joyce Hickman filed with the First Court of Appeals until around  October 2012. Lemons was attempting to obtain a $30,000.00 dollar bond, because Judge Sandhill stipulated this is what I must post to be able to activate the Receiver he granted per my former attorney Jared Yniguez's request.

1.  On June 28, 2013 An order was signed  for Joyce Hickman Lee, Joe Payton Lee and Attorney Andrew Payne  to Show Cause: 1. Why the Appellees, Hickman and Lee had not paid  the judgment debt owed since 2001 2. Why Lee represented to the courts that I was a willing participant in a scheme to defraud Medicare and Medicaid 3. To present evidence of their allegations. 4. To answer the interrogatories forwarded to them at that point 3 times, 5. To attach my judgment to their bank accounts.6. Jail sentencing until my judgment was paid in full.

2.  On June 28, 2013 Joyce Hickman Lee neither Attorney Andrew Payne appeared for the Show Cause hearing.

3.  On June 28, 2013, Judge Sandhill said a warrant will be issued for Attorney Payne.

4.  On June 28, 2013 Mr.Judge Sandhill gave Mr. Joe Lee an additional 8 days to answer interrogatories received by Lemons and former attorney for appellants, Jared Yniguez.

5.  On July 05, 2013, Lee had not submitted the answers. I scheduled a hearing and On July 19, 2013.

6.  On July 19, 2013 Lee appeared with his new attorney and they submitted incomplete and untruthful answers.

7.  On July 19, 2013, I asked Judge Sanhill why Attorney Payne has not been arrested? Judge Sandhill . because he is an Officer of the courts and a little more leniency was given to officers of the court. Proof of Service was presented and had been filed with the courts.

8.  On July 19, 2013 John Boudrauex requested a continuance to review the history of civil case 200034100.

9.  The hearing was scheduled for August 09, 2013 at 9:00 a.m.

10.  On August 09, 2013, Mr. Lee  and Att. Boudrauex did  not appear.

11.  On August 09, 2013, our case was the first on the docket to be heard.

12.  Judge Sandhill called our case last. Then he called Attorney Boudreaux and told who ever he was speaking to on the phone that Mr. Lee and Attorney Boudrauex had until 10:00 a.m. to make it to the hearing.

13.  On August 09, 2013, Judge Sandhill called  the case and I stood before him.

14.  On August 09, 2013, Judge Sandhill said: 1. A warrant will be issued for Mr. Lee's arrest ,Mr. Lee was going to jail,2. attaching my Judgment 3.  fining Mr. Lee $1,000.00.

15.  On August 12, 2013, Judge Sandhill recused himself and transferred the case to the 151st, Judge Mile Englehart.

16.  On August 16, 2013, Mr. and Mrs. Joe Payton Lee granted all rights to four properties that was under the Abstract of Judgment. To: Calvin Brown Film number 2023032829; 2. Joe Payton Lee Jr. Film number 20130419937; Joe Payton Lee Jr. Film number 20130419945, and Donnie Ray Lee Film number 20130419945. **Exhibits 10 to 15**

17. On September 18, 2013, Joe Lee via attorney John Bodrauex filed a TRO, Injunction, and a Bill of Review under civil number 2013 55684, to deceive the Appellants and further injure Lemons. Ancillary Judge Carter granted Mr. Lee's TRO filed by Attorney John Boudrauex.

18. On September 19, 2013, Mr. and Mrs. Joe Lee granted all right to property, L0013 B0081, film number 20130482765.

19. On September 27, 2013,via Precinct 7, Deputy Dela Rosa called and informed Lemons of the TRO and that my sale would not be conducted.

20. On September 30, 2013, Lemons was notified via Process Server.

21. On October 01, 2013, Lemons received an Order from Ancillary, Judge Baker. ( Please consider number 9. And the request Boudrauex made to the courts/ Judge Sandhill to review the history of the case.

22. On September 04, 2013

23. On December 02, 2013, a hearing was scheduled . All parties were notified properly.

24. On December 02, 2013, Judge Englehart made rulings on the multiple issues presented to the 127th and the 151st court by the Plaintiff/Appellant such as Motion for; 1. Default Judgment, for disobeying court Orders and for the multiple non appearances of Mr. Lee and Attorney Payne, and non appearance of Lee and Boudrauex.XXXXX, 2. Summary Judgment, 1. for disobeying Court Orders,2. for filing Fraudulent and Frivolous Pleadings to the courts, 3. for the intentional and malicious deprivation of what legally and rightfully Lee and all who have assisted the Defendants/ Appellees with their prohibited actions and know the debt is valid and owed to the Plaintiffs/Appellants. 4. Application for Indigence. 5. Motion to find in Contempt and Sanction pursuant Rule 11, and rule for Effective Deference 6. Motion to Strike Bill of Review, 7. Request for Order for FOIA release,8. Request for . Declaratory Judgment.

25. On December 02, 2013, Judge Englehart made rulings on the Defendants in civil action 200034109 and Plaintiffs in civil action 201355684. Judge Englehart denied Mr. Lee and attorney Boudrauex's Motion to Abate Judgment signed on December 11, 2001, via Judge Sharonlyn Woods.

26. On December 02, 2013, Judge Englehart granted Mr. Lee and attorney Boudrauex'sMotion for Continuance for the Bill of Review.

27. On December 02, 2013, Judge Englehart stated to Lemons that there was nothing stopping me from collecting my judgment.

28. On January 08, 2014, Lemons paid for another Writ of Execution (9th Writ). Lemons received the Citation on December 28, 2013.

29. On December 31, 2013, Lemons paid Precinct 7 another $400.00 to Execute Writ for sale of property 8120 Corinth Houston, Texas 77051.

30. On January 08, 2014, Deputy DelaRosa returned my call and responded to the message I left her regarding when my sale would be conducted, and the brief letter I left for her or whoever handles Precinct 7's FOIA request. She told me my sale would be conducted in March 2014. I expressed that I want my sale to be in February because 30 days is sufficient to get my information to the daily Court Review. She told me she had already sent the list for the February sale, but she would call the Daily Court Review, see what she could do and call me back

31. On January 19, 2014, John Boudrauex called and stated his desire to with draw

32. On January 29, 2014, Attorney John Boudrauex filed a Motion to Withdraw. Hearing scheduled for February 17, 2014.

33. On February 01, 2014, Lemons registered at approximately 10:02, for the Auction and immediately went to go and attend. This time Precinct 7 was inside, my daughter and I scrambled to locate where they were. When my daughter and I found them Deputy Dela Rosa told me the sale had already been conducted. I told her that I wanted to bid on my sale she told me she was not calling it again and speak to Brian Quinterro. I told her and the police Officer, who initially was sitting and then stood as I was expressing that I want to bid on my property, that I will not wait on Brian Quinterro, what am I going to wait on Brian Quinterro for? I told her that Brian Quinterro can meet me at Judge Engleharts because that is where I am going.

34. On January 31, 2014, Lemons filed an Application to Garnish

35. On February 04, 2014, I filed an Emergency Motion with the Ancillary Judge, Al Bennett, requesting the court to issue an Order to Injunction Precinct 7 from denying me the right to collect on my judgment. The Motion was denied and a hearing was set for February 28, 2014.

## SUMMARY

Appellant, Lemons was unaware of Joyce Hickman Lee and Joe Payton Lee's pleadings to the Appeals count until July 2012, because I truly wasn't notified. I wasn't aware of Joe Lee's pleadings to the District court until after January 03, 2012. Neither Joyce or Joe Lee notified me of any submission made to the courts or any entity. Lemons has Plead the events and issues to the lower courts and seemingly it upset the fact finders that I am upset because of all the illegal acts imposed upon my family, my company and myself when I have endured the malicious violations and the expenses attempting to get the judicial institutions to punish the violators. The added hardships of being a victim of true criminals intentional forced deprivation and my name being blackballed or labeled as a person or entity that commits Fraud, Forgery and momentarily, God knows whatever else has been done.

I have lost everything that I have honestly worked for and sacrificed to achieve. I was totally unaware of the Hickman and Lees criminal activities to obtain their riches. I don't understand how Joe and Joyce have been allowed to contempt the courts and injury a person of my true character. I truly don't understand why it has been an agreed objective to suffer my children and I when their sole provider hands have been bound as though I've done something to warrant the attacks from so many who aren't even aware of the facts. It is mind baffling how the ones in position to right the wrongs to some degree, have elected to ignore and in a sense reward the individuals who are directly a major cause of me and my interest injuries.

Judge Sandhill allowed all the prohibited events and recused himself, knowing I was oblivious to what was going on and what to do, oppose to resolving the matters in his court, he allowed his court to be a playing field for the Defendants to attempt to use trickery and more deceit to deny Lemons what justifiably is in debted to her and her children..

Judge Englehart denied victimized indigent Appellant, Lemons Motion for Entry which addressed the injurious events, which the review of civil case 20034109 reveals and proves

how reasonably Lemons is in fact broke. Lemons has not made one false claim against anyone or entity, but several have been made against Lemons, her children and her company.

Mr. Lee and Ms. Hickman have not appeared over 10 times, between 2000 to 2013, knowingly and willing with malicious intent Joe Lee did not appear 6 times when he was properly notified between 01-03-2012 to 08-09-2013.(Please note; Lemons did not appear one (1) time for a hearing she did not get notice of until the evening of the morning the hearing was scheduled, and lost our home because of. Please consider the notations of Judge Sharolyn Woods, informing she had notice in 2001 that the Defendants were served prior to the conducting of proceedings. **Exhibit "A".**

Appellant request the First Appeal court to consider the Appellant is a victim of a conspiracy to imprison Lemons initiated by the Appellees, Joyce Hickman Lee and Joe Payton Lee's false claims, and false reports submitted to various government entities such as the FBI, The Attorney General, The Office of the Inspector General, The District Court 127th and the 151st, and the First Circuit Court of Appeals. The Appellees were both aware and Hickman was purchasing furniture on the date the judgment was rendered therefore she was not incarcerated as claimed by the Appellees, and it prove these Partners knowingly and willingly with malicious intent, intentionally disregarded the notices. **Exhibit "B"**

## CONCLUSION

Appellant has presented these issues from February 10, 2012 to December 02, 2013. The Final Decisions 1-7 listed below are the Appellants/ Lemons is requesting an Appeal on.

1. Appellant received final decision from Judge R. K. Sandhill on August 09, 2013, and Ordered a Writ of Attachment and or Bench Warrant for Mr. Joe Lee who was not incarcerated.
2. On August 12, 2013, Judge Sandhill recused , himself with Motions pending and Order signed August 14, 2013, transferred the case to the 151st, Judge Englehart.
3. On November 25, 2013, Order signed granting District County Motion to deny Appellant to proceed as an Indigent.
4. On December 02, 2013, Order signed denying Lemons Motion for reconsideration for Indigence and Motion for Entry of Oder.
5. On December 02, 2013, Order signed denying Sanctions, Default Judgment,
6. On December 02, 2013, Order signed granting a Continuance for Bill of Review.

## PRAYER

Appellants request the courts to make a ruling on the issues presented in the Motion for Entry of Order. The issues presented the factual occurrences beginning from January 03, 2012 to December 02, 2013. The evidence exhibits submitted with this Support Affidavit, prove the Appellees and parties who have acted in concert to injure Appellants and have aided Joyce Hickman Lee and Joe Payton Lee with the illegal and prohibited actions performed to prevent Lemons from collecting the Judgment debt that is owed by the Appellees, were performed willingly and knowingly with malicious intent.

Respectfully Submitted

Rita Lemons
16215 Diamond Ridge Dr.
Houston, Tx. 77053